**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                            Case No. 3:25cr132-TKW-2

**AVEREE KATHRYN SAVAGE,**

    **Defendant.**

_____/

## **ACCEPTANCE OF PLEA OF GUILTY**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **AVEREE KATHRYN SAVAGE**, to Counts One, Three, Four, and Six of the superseding indictment is hereby **ACCEPTED**. All parties will appear before this Court for sentencing as directed.

**DONE AND ORDERED** this 9th day of March, 2026.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**